UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREY PROKHOROV, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>IIK TRANSPORT, INC., )<br>11K TRANSPORT, INC., )<br>IVAN KAZNIYENKO, )<br>SERGII STETSIUK )<br>)<br>Defendants. ) | Civil Action No: 1:20-cv-06807 |

## JOINT STATUS REPORT OF THE PARTIES

Pursuant to this Court's Orders dated December 29, 2021 [ECF 42] and January 27, 2022 [ECF 43], Plaintiff Andrey Prokhorov, by his attorneys, Julia Bikbova, Olena Savytska, and Harold Lichten, and Defendants, Defendants IIK Transport, Inc., 11K Transport Inc., Ivan Kazniyenko and Sergii Stetsiuk, by their attorneys, Matthew P. Connelly and Cory D. Anderson, respectfully submit the following Joint Status Report on the progress of discovery and settlement discussions.

Over the past few weeks, the Parties have continued their discussions regarding a classwide settlement. Plaintiff's counsel have explained to Defendants' Counsel that they require data reflecting the dates worked by class members in order to present a meaningful settlement demand. The Parties subsequently agreed to explore mediation with the assistance of a mutually agreeable mediator. As a result, the Parties have agreed as follows:

1. Defendants will gather information requested by Plaintiff's Counsel for the purpose of preparing a damages analysis and making a settlement demand on a classwide

basis, including the dates worked by class members and the deductions taken from their pay. Defendants' Counsel will produce the requested information by February 11, 2022.

2. The Parties will arrange for mediation before an agreed-upon mediator, with the mediation to take place on or before March 4, 2022, or as soon thereafter as the mediator's schedule permits.

3. The Parties will submit a joint status report by March 9, 2022 to apprise the Court of the outcome of mediation.

4. This case shall be stayed until March 9, 2022 in order to allow the Parties to go through the mediation process.

*/s/ Olena Savytska*
On behalf of Plaintiff

Julia Bikbova
Bikbova Law Offices, P.C.
666 Dundee Road, Suite 1604
Northbrook, IL 60062
Telephone: (847) 730-1800
E-mail: julia@bikbovalaw.com

Harold L. Lichten
Olena Savytska
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Email: hlichten@llrlaw.com
Email: osavytska@llrlaw.com

*/s/ Cory D. Anderson*
On behalf of Defendants
Matthew P. Connelly, ARDC #6229052
Cory D. Anderson, ARDC #6274473
Rock, Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, IL 60654
(312) 494-1000 / (312) 494-1001 (fax)

mpc@rfclaw.com
canderson@rfclaw.com