# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Anthony John George, et al.

                    Plaintiff,

v.                                                Case No.: 1:20−cv−06807

                                                              Honorable Manish S. Shah

Ivan Kazniyenko, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 16, 2025:

      MINUTE entry before the Honorable Manish S. Shah: The motion for preliminary approval [203] is granted. The parties' settlement agreement is within the range of fair, reasonable, and adequate compromise, given the uncertainty of recovery based on defendants' finances. The court notes, however, than an incentive award of $15,000 may be greater than appropriate given the recovery for the class. The proposed Class Notice, attached to the Settlement Agreement as Exhibit A, is approved, and shall be sent out pursuant to the terms of the Settlement Agreement. The parties' proposal for notice by publication is also approved. The final approval hearing is hereby set for 9/17/25 at 11:00 a.m. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.