# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Anthony John George, et al.

                                Plaintiff,

v.                                                  Case No.: 1:20−cv−06807
                                                         Honorable Manish S. Shah

Ivan Kazniyenko, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 17, 2025:

        MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. For the reasons stated in open court, the motions for final approval of class action settlement [209] and for attorney's fees [208] are granted. Enter Order. Civil case terminated. This case is dismissed without prejudice and with leave to reinstate by 11/17/25. If no motion for leave to reinstate is filed by 11/17/25, the dismissal shall automatically convert to one with prejudice. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.