UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY JOHN GEORGE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>IIK TRANSPORT, INC., )<br>11K TRANSPORT, INC., )<br>IVAN KAZNIYENKO, )<br>SERGII STETSIUK )<br>)<br>Defendants. ) | Civil Action No: 1:20-cv-06807 |

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT ORDER
AGAINST DEFENDANTS IIK TRANSPORT, INC. AND IVAN KAZNIYENKO**

Plaintiff Anthony John George hereby moves this Court for entry of an Order of Judgment against Defendants IIK Transport, Inc. and Ivan Kazniyenko. In support of this motion, Plaintiff states as follows:

1. On September 17, 2025, this Court entered an Order granting final approval of the Parties' Settlement Agreement. Dkt. 210. By the terms of that Order, the case was dismissed without prejudice, with leave to reinstate the case on or before November 17, 2025. Id.

2. Further, the Court's long-form order approving the settlement incorporated by reference, and adopted as an Order of the Court, the Parties' Settlement Agreement. Dkt. 211 ¶ 1.

3. Pursuant to the terms of the Settlement Agreement, IIK Transport, Inc. and Ivan Kazniyenko were to pay the Gross Settlement Amount to Plaintiffs' Counsel on or before November 1, 2025. Dkt 203.1 at V(2).

4. To date, Defendants IIK Transport, Inc. and Ivan Kazniyenko have failed to pay this

amount.

5. Accordingly, Plaintiff respectfully requests that an Order of Judgment issue against IIK Transport, Inc. and Ivan Kazniyenko in the amount of $500,000.00, plus interest.

6. Plaintiff further seeks a declaration that IIK Transport, Inc. and Ivan Kazniyenko continue to be liable for attorneys' fees incurred by Plaintiffs' Counsel in the course of collecting on this Judgment.

Dated: November 6, 2025     Respectfully Submitted,

/s/ Olena Savytska
Harold L. Lichten (*pro hac vice*)
Olena Savytska (*pro hac vice*)
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Ste. 2000
Boston, MA 02116
Tel. (617) 994-5800
hlichten@llrlaw.com
osavytska@llrlaw.com

Bradley Manewith, IARDC # 6280535
Lichten & Liss-Riordan, P.C.
5 Revere Drive, Suite 200
Northbrook, IL 60062
Tel. (617) 994-5800
Fax (617) 994-5801
bmanewith@llrlaw.com

*Attorneys for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I, Olena Savytska, hereby certify that on this 6th day of November, 2025, I filed the foregoing document with this Court using the CM/ECF. This system sends notifications of such filing and service to all counsel of record.

/s/Olena Savytska  
Olena Savytska